Kewanee State Savings Bank and Trust Company, complainant, v. Warren E. Green, et al., defendants.

William L. O'Connell, appellant, v. Elizabeth Green O'Neill et al., appellees. Gen. No. 9,146.

Opinion filed January 18, 1937.

James H. Andrews, Gregg A. Young and Harper Andrews, for appellant; D. A. Skalitzky, of counsel. Thomas J. Welch and Vera M. Binks, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

Anthony Durka and Mary Durka, appellees, v. Anton Wypych and Mary Wypych, appellants.

Anton Wypych and Mary Wypych, appellants, v. Anthony Durka and Mary Durka, appellees. Gen. No. 9,152.

Opinion filed January 18, 1937.

Gerald C. Snyder, for appellants. Werner W. Schroeder, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

Nels P. Rasmussen, appellant, v. Catherine Rasmussen, appellee. Gen. No. 9,159.

Opinion filed January 18, 1937. Rehearing denied February 20, 1937.

Robert W. Besse and Sheldon & Brown, for appellant. Edward E. Wingert, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

The People of the State of Illinois ex rel. Arthur L. Betourne, appellee, v. City of Kankakee et al., appellants. Gen. No. 9,145.

Opinion filed February 8, 1937.

T. R. Johnston and Victor N. Cardosi, for appellants. Noel A. Diamond, for appellee.

Mr. Justice Dove delivered the opinion of the court.